IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| DOMENICK M. MINIERO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV06-71-S-BLW |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| OLIVIA CRAVEN (D.P.C.), and KEN BENNETT (Warden), | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pending before the Court is Defendants' Motion for Extension of Time to Complete Discovery (Docket No. 49). Defendants request that the Court first rule on the pending dispositive motions, and then reset the discovery deadline, if necessary, after the ruling. Good cause appearing, IT IS HEREBY ORDERED that Defendants' Motion for Extension of Time to Complete Discovery (Docket No. 49) is GRANTED.

Also pending before the Court is Plaintiff's Motion to Strike Defendants' Memorandum in Support of Motion to Dismiss and/or for Summary Judgment (Docket No. 45). Plaintiff asserts that he did not initially receive a copy of the Motion, although he did receive a copy of the supporting Memorandum and Affidavits. Defendants have since provided Plaintiff with a copy of the Motion (Docket No. 51). As a result, IT IS HEREBY ORDERED that Plaintiff's Motion to Strike (Docket No. 45) is DENIED.

**ORDER  1**

Plaintiff shall have until **April 30, 2007**, in which to file any supplemental response to Defendants' Motion to Dismiss and/or for Summary Judgment.

Also pending is Plaintiff's Motion to Stay Response to Defendants' Motion to Dismiss and/or for Summary Judgment(Docket No. 46), asking that the Court extend the deadline for filing his response to the Motion to Dismiss and/or for Summary Judgment until Plaintiff received a copy of the Motion. Because the Court has extended the deadline for response until April 30, 2007, IT IS HEREBY ORDERED that Plaintiff's Motion to Stay Response (Docket No. 46) is MOOT.

DATED: **April 20, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER  2**